**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| AVALON HOLDINGS CORP., and NEW CONCEPT ENERGY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GUY GENTILE,<br><br>Defendant. | No. 24-mc-23707<br><br>Miscellaneous action relating to:<br><br>No. 18-CV-7291 (DLC) (RJL) (S.D.N.Y.) |

Related to:

| | |
|---|---|
| NEW CONCEPT ENERGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GUY GENTILE,<br><br>Defendant. | No. 24-mc-23709<br><br>Miscellaneous action relating to:<br><br>No. 18-CV-8896 (DLC) (RJL) (S.D.N.Y.) |

**PLAINTIFFS' MOTION FOR 1-WEEK**
**ADJOURNMENT OF HEARING ON MOTION TO COMPEL**

Pursuant to F.R.C.P. 7(b), Plaintiffs respectfully request an adjournment of the Hearing scheduled before Magistrate Judge Lett on Plaintiffs' Motion to Compel Non-Party Nicholas Abadiotakis to comply with their subpoenas for documents and deposition testimony in these proceedings to enforce Judgments entered by the Southern District of New York and registered in this Court pursuant to 28 U.S.C. §1963.

The Hearing is currently scheduled for Friday, May 22, 2026, at 10 am, which is the Friday of Memorial Day weekend. Plaintiffs' local counsel, who would like to attend the Hearing along with Plaintiffs' New York counsel (admitted *pro hac vice)*, has pre-existing plans to visit

colleges in California with her daughter that weekend, with flights and lodgings already booked for their visit. (*See* flight confirmations, attached).

Plaintiffs respectfully request that the Hearing be adjourned until the following week. Plaintiffs' counsel are available, and we are advised that counsel for Non-Party Nicholas Abadiotakis is also available, on **June 3, 2026**. Alternatively, counsel for both parties are also available on **June 10, 2026.**

Dated: May 19, 2026

Respectfully submitted,

*/s/ Rachel Micah-Jones*

Rachel Micah-Jones (Fl. Bar No. 693170)
2105 Sulgrave Ave.
Baltimore MD 21209
(214) 796-7306
Rachel.MicahJones@gmail.com
*Local Counsel for Plaintiffs/Judgment Creditors*

Miriam Tauber (admitted *pro hac vice*)
David Lopez (admitted *pro hac vice*)
*Counsel for Plaintiffs/Judgment Creditors*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2026, I sent copies of the foregoing Motion to Adjourn Hearing:

- **To Defendant/Judgment Debtor Guy Gentile**, by email to the email address at which Gentile has consented to receive ECF notices as a *pro se* litigant in the main S.D.N.Y. enforcement proceedings: fightfightfigth@proton.me

- **To Non-Party Nicholas Abadiotakis** (c/o counsel, via ECF)

Miriam Tauber (admitted *pro hac vice*)
*Counsel for Plaintiffs/Judgment Creditors*